**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Lonnie Charles Lacy,<br><br>        Defendant. | CR-19-00583-PHX-SMB (ESW)<br><br>**INDICTMENT**<br><br>VIO:  21 U.S.C. § 841(a)(1) & 841(b)(1)(C) (Possession with Intent to Distribute a Controlled Substance, Methamphetamine)<br>Count 1<br><br>21 U.S.C. § 841(a)(1) & 841(b)(1)(B)(viii) (Possession with Intent to Distribute a Controlled Substance, Methamphetamine)<br>Counts 2-3 |

THE GRAND JURY CHARGES:

## COUNT 1

On or about February 9, 2017, at or near Parker, in the District of Arizona, the defendant, LONNIE CHARLES LACY, did knowingly and intentionally possess with intent to distribute methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C)

## COUNT 2

On or about May 3, 2017, at or near Parker, in the District of Arizona, the defendant, LONNIE CHARLES LACY, did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii)

## COUNT 3

On or about May 4, 2017, at or near Parker, in the District of Arizona, the defendant, LONNIE CHARLES LACY, did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii)

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: May 21, 2019

MICHAEL BAILEY
United States Attorney
District of Arizona

/s/
JUSTIN OSHANA
Assistant U.S. Attorney